IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAYLOR MENDEZ, | : | |
|    Petitioner | : | |
| | : | No. 1:19-cv-428 |
| v. | : | |
| | : | (Judge Rambo) |
| DAVID J. EBBERT. | : | |
|    Respondent | : | |

## ORDER

**AND NOW**, this 4th day of April 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Mendez's motion for leave to proceed *in forma pauperis* (Doc. No. 5) is **GRANTED**, and the petition for writ of habeas corpus (Doc. No. 1) is accordingly **DEEMED** filed;

2. The Petition for Writ of Habeas Corpus (Doc. No. 1), is **DISMISSED WITHOUT PREJUDICE** to Mendez's right to assert his constitutional claims in a properly filed civil rights action; and

3. The Clerk of Court is directed to **CLOSE** this matter.

                                                                                s/Sylvia H. Rambo
                                                                                SYLVIA H. RAMBO
                                                                                United States District Judge